# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROSS HOWARD**                                                                                                       **PLAINTIFF**
**#1837**

**V.**                                  **NO. 4:22-cv-001169-JM**

**HIGGINS,** *et al.*                                                                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE